Commonwealth *v.* Carr, Appellant.
Commonwealth *v.* Clark, Appellant.

Argued March
13, 1972. *Arthur K. Dils,* Assistant Public Defender,
for appellants; *Marion E. MacIntyre,* Deputy District
Attorney, with him *LeRoy S. Zimmerman,* District At-
torney, for Commonwealth, appellee.
Judgment of sentence affirmed.

Commonwealth *v.* Caskie, Appellant.

Submitted March 20, 1972. *Fred
I. Noch,* Public Defender, for appellant; *Grant E. Wes-
ner,* Deputy District Attorney, and *Robert L. Van-
Hoove,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.